IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANKLIN A. NELSON,

    **Plaintiff,**

v.                                                                      Case No. 3:25-cv-16-AW-HTC

SANTA ROSA CORRECTIONAL
INSTITUTION, et al.,

    **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, and he has not objected to the magistrate judge's report and recommendation (ECF No. 5), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on April 2, 2025.

                                                     s/ *Allen Winsor*
                                                     United States District Judge